UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ANTHONY SMITH, | : | |
| | : | No. 20-cv-1903 (EP)(ESK) |
| Plaintiff, | : | |
| | : | |
| v. | : | MEMORANDUM OPINION |
| | : | |
| ESSEX COUNTY | : | |
| DEPT. OF CORRECTIONS, et al., | : | |
| | : | |
| Defendants. | : | |

IT APPEARING THAT:

1. Plaintiff Anthony Smith filed a complaint under 42 U.S.C. § 1983, D.E. 1.

2. The Court permitted the complaint to proceed on June 15, 2022, D.E. 6.

3. Mail sent to Plaintiff at his address of record, the Essex County Correctional Facility, was returned as undeliverable on August 11, 2022 and August 19, 2022, D.E. 18 and 20.

4. Plaintiff has not communicated with the Court regarding his new address in violation of Local Civil Rule 10.1. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

5. The Clerk of the Court will be ordered to administratively terminate this case. Plaintiff may reopen this matter by submitting his updated address.

6. An appropriate order follows.

Dated:  8/23/2022
At Newark, New Jersey

EVELYN PADIN, U.S.D.J.

1